IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                 )<br>         Plaintiff(s),  )<br>                 )<br>vs.              )<br>                 )<br>Efren James Morales,      )<br>                 )<br>         Defendant(s).  )<br>_____ ) | **CR 05-242-TUC-DCB (BPV)**<br><br>**ORDER** |

Re: Continuance of trial

This matter is presently set for trial on   December 6, 2005  . The Defendant filed a motion to continue and for the reasons set forth therein additional time is required to allow Defendant to change his plea. The Government has no objection.

The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial because, for the reasons set forth in the motion, failure to grant the continuance is likely to result in a miscarriage of justice if the defendant is required to go to trial on the present trial date.

IT IS ORDERED as follows:

1. THE DATE BY WHICH THE REFERRED MAGISTRATE JUDGE HEARS THE CHANGE OF PLEA MUST BE NO LATER THAN December 30, 2005 .

2. That this matter is RESET for trial on **January 10, 2006  at 9:30 a.m.  Counsel are to be present at 9:15 a.m.**

3. Excludable delay under 18 U.S.C. §3161(h)(8) is found to begin on  December 7, 2005  and end on  January 10, 2006 . Such time shall be in addition to other excludable time

1 under the Speedy Trial Act and shall commence as of the day following the day that would
2 otherwise be the last day for commencement of trial.
3     4. That any and all subpoenas previously issued shall remain in full force and effect
4 through the new trial date.
5     5. Any motion or stipulation to continue the scheduled trial date and change of plea
6 hearing deadline shall be filed with the Clerk of Court no later than 5:00 p.m. Tuesday,
7 January 3, 2006.
8     DATED this 30th day of November, 2005.

David C. Bury
United States District Judge

- 2 -